United States District Court
Southern District of Texas
**ENTERED**
December 03, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIK GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 4:24-CV-02473 |
| LV CYPRESS REALTY LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed October 14, 2024, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, LV CYPRESS REALTY LLC, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on ~~December 3, 2024,~~

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record